No. 88–1637. Dalsheim, Superintendent, Downstate Correctional Facility, et al. v. Innes. C. A. 2d Cir. Certiorari denied.

No. 88–1639. Macks v. Wernick. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 88–1647. McKinnon v. City of Berwyn et al. C. A. 7th Cir. Certiorari denied.

No. 88–1677. Kitchens et al. v. Oregon ex rel. Adult and Family Services Division. Ct. App. Ore. Certiorari denied.

No. 88–1680. Venemon et al. v. Davison. C. A. 9th Cir. Certiorari denied.

No. 88–1698. Phelps Dodge Corp. v. United Steelworkers of America et al. C. A. 9th Cir. Certiorari denied.

No. 88–1708. Spawr Optical Research, Inc., et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 88–1710. Greene v. United States. C. A. 11th Cir. Certiorari denied.

No. 88–1713. O'Brien v. Stein et al. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 88–1723. Archer-Daniels-Midland Co. et al. v. United States. C. A. 8th Cir. Certiorari denied.

No. 88–1735. Apperson v. Fleet Carrier Corp. C. A. 6th Cir. Certiorari denied.

No. 88–1737. Barbee v. United States. C. A. Fed. Cir. Certiorari denied.

No. 88–1764. Post v. Garcia et al. C. A. 9th Cir. Certiorari denied.

No. 88–1783. Asta et al. v. Illinois. Sup. Ct. Ill. Certiorari denied.